AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*

*2016 NOV -2 P 2: 31*

*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NO. DIST. OF CA.*

### OFFENSE CHARGED

Count One: 15 U.S.C. §1 - Price Fixing

☐ Petty
☐ Minor
☐ Misde-
 meanor
☒ Felony

PENALTY:

See attachment

┌─ DEFENDANT - U.S. ─

▶ Tomohide Date

DISTRICT COURT NUMBER

15-CR-0163-JD

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form  Jacklin Chou Lem, Dept. of Ju.

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

### DEFENDANT

**IS *NOT* IN CUSTODY**
 Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
} ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
 If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes     If "Yes"
been filed?            give date
 ☐ No       filed

DATE OF     Month/Day/Year
ARREST ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED     Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Unknown

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:          Before Judge:

Comments:

PENALTY SHEET

Individual:    **Tomohide Date**

VIOLATION: 15 U.S.C. § 1 – Price Fixing
<u>Maximum Penalties</u>:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

### OFFENSE CHARGED

Count One: 15 U.S.C. §1 - Price Fixing

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

PENALTY:    See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED

### DEFENDANT - U.S

▶ Satoru Miyashita

NOV 02 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

15-CR-0163-JD

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    Jacklin Chou Lem, Dept. of Jus

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

### DEFENDANT

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?  ☐ No    give date
filed

DATE OF
ARREST                Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED        Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Unknown

Comments:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:                Before Judge:

PENALTY SHEET

Individual:   **Satoru Miyashita**

VIOLATION: 15 U.S.C. § 1 – Price Fixing
<u>Maximum Penalties</u>:
1.     A term of imprisonment of 10 years
2.     A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.     A period of supervised release of not more than 3 years
4.     $100 special assessment per count ($100)
5.     Restitution

AO 257 (Rev. 6/78)

---

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

**OFFENSE CHARGED**

Count One: 15 U.S.C. §1 - Price Fixing

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:      See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

~~FILED~~

**DEFENDANT - U.S**

▶ Yasutoshi Ohno

NOV 02 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

15-CR-0163-JD

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:      ☐ U.S. ATTORNEY   ☐ DEFENSE   } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant   } MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under   }

Name and Office of Person Furnishing Information on this form   Jacklin Chou Lem, Dept. of Ju⊞

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)

---

**DEFENDANT**

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶      Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶      Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Unknown

Comments:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:      Before Judge:

PENALTY SHEET

Individual:   **Yasutoshi Ohno**

VIOLATION: 15 U.S.C. § 1 – Price Fixing
<u>Maximum Penalties</u>:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
   ☒ SUPERSEDING

#### OFFENSE CHARGED

Count One: 15 U.S.C. §1 - Price Fixing

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:     See attachment

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*

NOV 02 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#### DEFENDANT - U.S

► Masanobu Shiozaki

DISTRICT COURT NUMBER

15-CR-0163-JD

*FILED*

NOV 02 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

#### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   Jacklin Chou Lem, Dept. of Ju...

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

---

#### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction          ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No      give date filed

DATE OF ►           Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED        Month/Day/Year
TO U.S. CUSTODY ►

☐ This report amends AO 257 previously submitted

---

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Unknown

Comments:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:          Before Judge:

PENALTY SHEET

Individual:   **Masanobu Shiozaki**

VIOLATION: 15 U.S.C. § 1 – Price Fixing
<u>Maximum Penalties</u>:
1.    A term of imprisonment of 10 years
2.    A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.    A period of supervised release of not more than 3 years
4.    $100 special assessment per count ($100)
5.    Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

### OFFENSE CHARGED

Count One: 15 U.S.C. §1 - Price Fixing

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:   See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*

☐ DEFENDANT - U.S

▶ Kiyoaki Shirotori

NOV 02 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

15-CR-0163-JD

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:     SHOW DOCKET NO.

  ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant     MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   Jacklin Chou Lem, Dept. of Jus

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

### DEFENDANT

**IS *NOT* IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction               ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
  If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No    give date filed

DATE OF
ARREST          Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance     *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Unknown                                    Date/Time:              Before Judge:

Comments:

PENALTY SHEET

Individual:    **Kiyoaki Shirotori**

VIOLATION: 15 U.S.C. § 1 – Price Fixing
<u>Maximum Penalties</u>:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

#### OFFENSE CHARGED

Count One: 15 U.S.C. §1 - Price Fixing

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:  See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

*FILED*

*NOV 02 2016*

*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

#### DEFENDANT - U.S.

▶ Takuro Isawa

DISTRICT COURT NUMBER

15-CR-0163-JD

#### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

  ☐ U.S. ATTORNEY  ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form   Jacklin Chou Lem, Dept. of Jus[tice]

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

#### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer  ☐ Yes   If "Yes"
been filed?   ☐ No    give date filed

DATE OF ▶
ARREST               Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED            Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

Unknown

Bail Amount:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

PENALTY SHEET

Individual:   **Takuro Isawa**

VIOLATION: 15 U.S.C. § 1 – Price Fixing
<u>Maximum Penalties</u>:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

# United States District Court

FOR THE

**NORTHERN DISTRICT OF CALIFORNIA**

FILED

VENUE: SAN FRANCISCO

2016 NOV -2 P 2: 21

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES OF AMERICA,

CV 15 163 JD

TOMOHIDE DATE, SATORU
MIYASHITA, YASUTOSHI OHNO,
MASANOBU SHIOZAKI, KIYOAKI
SHIROTORI, TAKURO ISAWA

DEFENDANT(S).

---

## INDICTMENT

VIOLATION: 15 U.S.C. § 1 Price Fixing

A true bill.

_Michael D Albert_

Foreman

Filed in open court this _2nd_ day of

_November_ .

_J. Scott_

Clerk

Bail, $ _____ no bail warrant for all but
Takuro Isawa
(warrant in system)
no process for Isawa

JACKLIN CHOU LEM (CSBN 255293)
ALEXANDRA J. SHEPARD (CSBN 205143)
HOWARD J. PARKER (WSBN 07233)
ANDREW J. NICHOLSON-MEADE (CSBN 284070)
PARADI JAVANDEL (CSBN 295841)
KELSEY C. LINNETT (CSBN 274547)
MIKAL J. CONDON (CSBN 229208)
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA 94102
Telephone: (415) 934-5300
jacklin.lem@usdoj.gov

Attorneys for the United States

FILED

2016 NOV -2  P 2: 21

SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 15-CR-0163-JD |
| v. | ) | |
| TOMOHIDE DATE, | ) | VIOLATION: 15 U.S.C. § 1 |
| SATORU MIYASHITA, | ) | Price Fixing |
| YASUTOSHI OHNO, | ) | |
| MASANOBU SHIOZAKI, | ) | |
| KIYOAKI SHIROTORI, and | ) | |
| TAKURO ISAWA, | ) | |
| Defendants. | ) | |

SUPERSEDING INDICTMENT

The Grand Jury charges that:

I.   DESCRIPTION OF THE OFFENSE

1.     The following individuals are hereby indicted and made defendants on the charge contained in this Indictment:

SUPERSEDING INDICTMENT                    1

a) TOMOHIDE DATE;

b) SATORU MIYASHITA;

c) YASUTOSHI OHNO;

d) MASANOBU SHIOZAKI;

e) KIYOAKI SHIROTORI; and

f) TAKURO ISAWA.

2. From at least as early as September 1997 and continuing until in or about January 2014, in the Northern District of California and elsewhere, coconspirators of the defendants knowingly entered into and engaged in a combination and conspiracy to suppress and eliminate competition by fixing prices and rigging bids for electrolytic capacitors in the United States and elsewhere.

3. Each defendant knowingly joined and participated in the combination and conspiracy at various times:

a) Defendant TOMOHIDE DATE knowingly joined and participated in the charged conspiracy from in or about November 2001 until in or about December 2011;

b) Defendant SATORU MIYASHITA knowingly joined and participated in the charged conspiracy from in or about January 2003 until in or about September 2012;

c) Defendant YASUTOSHI OHNO knowingly joined and participated in the charged conspiracy from in or about April 2000 until in or about September 2012;

d) Defendant MASANOBU SHIOZAKI knowingly joined and participated in the charged conspiracy from in or about November 2001 until in or about December 2011;

e) Defendant KIYOAKI SHIROTORI knowingly joined and participated in the charged conspiracy from in or about April 2006 until in or about December 2011; and

f) Defendant TAKURO ISAWA knowingly joined and participated in the charged conspiracy from in or about August 2002 until at least March 18, 2010.

//

//

4.     The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendants and coconspirators, the substantial terms of which were to fix prices and rig bids for electrolytic capacitors.  The combination and conspiracy engaged in by the defendants and coconspirators was in unreasonable restraint of interstate and foreign trade and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

## II.     BACKGROUND

5.     Capacitors, also known as condensers, are a fundamental component of electrical circuits and are used primarily to store and regulate electrical current.  Electrolytic capacitors, including aluminum and tantalum types, are a major subcategory of capacitors.  Electrolytic capacitors are ubiquitous and are found in many products that use electricity, run on a battery, or plug into a socket.  Desktop and notebook computers, flat-screen televisions, DVD players, video and still digital cameras, gaming systems, car engine and airbag systems, home appliances, office equipment, and motherboards and other printed circuit boards are some of the products that contain electrolytic capacitors.

## III.     DEFENDANTS AND COCONSPIRATORS

6.     During the time period identified in paragraph 3(a), defendant TOMOHIDE DATE was a resident and citizen of Japan and was employed by NEC TOKIN Corp. as a manager involved in the sale of electrolytic capacitors.  During the time period identified in paragraph 2, NEC TOKIN was a corporation organized and existing under the laws of Japan, manufactured electrolytic capacitors sold in the United States and elsewhere, and participated in the charged conspiracy.

7.     During the time period identified in paragraph 3(b), defendant SATORU MIYASHITA was a resident and citizen of Japan and was employed by Company C as a manager involved in the sale of electrolytic capacitors.  During the time period identified in paragraph 2, Company C was a corporation organized and existing under the laws of Japan,

1  manufactured electrolytic capacitors sold in the United States and elsewhere, and participated in

2  the charged conspiracy.

3        8.     During the time period identified in paragraph 3(c), defendant YASUTOSHI

4  OHNO was a resident and citizen of Japan and was employed by Company A as a manager

5  involved in the sale of electrolytic capacitors.  During the time period identified in paragraph 2,

6  Company A was a corporation organized and existing under the laws of Japan, manufactured

7  electrolytic capacitors sold in the United States and elsewhere, and participated in the charged

8  conspiracy.

9        9.     During the time period identified in paragraph 3(d), defendant MASANOBU

10  SHIOZAKI was a resident and citizen of Japan and was employed by Company B as a manager

11  involved in the sale of electrolytic capacitors.  During the time period identified in paragraph 2,

12  Company B was a corporation organized and existing under the laws of Japan, manufactured

13  electrolytic capacitors sold in the United States and elsewhere, and participated in the charged

14  conspiracy.

15       10.    During the time period identified in paragraph 3(e), defendant KIYOAKI

16  SHIROTORI was a resident and citizen of Japan and was employed by Company C as a manager

17  involved in the sale of electrolytic capacitors.  During the time period identified in paragraph 2,

18  Company C was a corporation organized and existing under the laws of Japan, manufactured

19  electrolytic capacitors sold in the United States and elsewhere, and participated in the charged

20  conspiracy.

21       11.    During the time period identified in paragraph 3(f), defendant TAKURO ISAWA

22  was a resident and citizen of Japan and was employed by Company A.  While employed at

23  Company A, ISAWA was, at times, a manager involved in the sale of electrolytic capacitors and

24  held the title Global Sales General Manager.  During the time period identified in paragraph 2,

25  Company A was a corporation organized and existing under the laws of Japan, manufactured

26  electrolytic capacitors sold in the United States and elsewhere, and participated in the charged

27  conspiracy.

28  //

12.     Various business organizations and individuals, not made defendants in this Indictment, participated as coconspirators in the offense charged in this Indictment and performed acts and made statements in furtherance of it.  The defendants' coconspirators included business organizations other than Company A, Company B, Company C, and NEC TOKIN that manufactured electrolytic capacitors sold in the United States and elsewhere.

13.     Whenever in this Indictment reference is made to any act, deed, or transaction of any business organization, the allegation means that the business organization engaged in the act, deed, or transaction by or through its officers, directors, agents, employees, or other representatives, or by or through the officers, directors, agents, employees, or other representatives of its majority-owned and controlled subsidiaries, while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

IV.     MEANS AND METHODS OF THE CONSPIRACY

14.     For the purpose of forming and carrying out the charged combination and conspiracy, the defendants and coconspirators did those things that they combined and conspired to do, including, among other things:

a)     participated in meetings, conversations, and communications with each other in various locations, including in the United States, to discuss prices and bids for electrolytic capacitors;

b)     agreed during various meetings, conversations, and communications to fix, increase, maintain, and stabilize prices and rig bids of electrolytic capacitors;

c)     negotiated prices, submitted bids, and issued price announcements for electrolytic capacitors in accordance with the agreements reached;

d)     manufactured electrolytic capacitors in accordance with the agreements reached;

e)     sold, distributed, and accepted payments for electrolytic capacitors at collusive, noncompetitive prices and bids in accordance with the agreements reached;

//

   f)  collected, exchanged, monitored, and discussed information on prices, bids, sales, supply, demand, shipping, and the production of electrolytic capacitors for the purpose of reaching agreements on prices and bids and monitoring and enforcing adherence to the agreements reached;

   g)  authorized, ordered, and consented to the participation of subordinate employees in the conspiracy; and

   h)  took steps to conceal the conspiracy and conspiratorial meetings, conversations, and communications through various means, such as using code names to refer to coconspirators, limiting and discouraging retention and distribution of documents reflecting conspiratorial contacts, and providing misleading justifications for prices and bids provided to customers to cover up their collusive conduct.

These means and methods of the conspiracy all involved electrolytic capacitors sold to customers located within the United States and elsewhere, including to customers that manufactured and/or sold in the United States, under major United-States and other brands, significant quantities of electronic goods containing electrolytic capacitors, such as computers, televisions, and gaming systems.

## V. TRADE AND COMMERCE

15. During the time period identified in paragraph 2, Company A, Company B, Company C, NEC TOKIN, and their coconspirators manufactured electrolytic capacitors in Japan, Thailand, China, the United States, and elsewhere and sold them in the United States or for delivery to the United States. The charged combination and conspiracy involved trade or commerce within the United States and U.S. import trade or commerce in electrolytic capacitors.

16. During the time period identified in paragraph 2, Company A, Company B, Company C, NEC TOKIN, and their coconspirators also sold foreign-manufactured electrolytic capacitors outside the United States for incorporation into other products, including computers, televisions, and gaming systems, that were sold in or for delivery to the United States. The charged combination and conspiracy had a direct, substantial, and reasonably foreseeable effect

1  on trade or commerce within the United States or U.S. import trade or commerce in these

2  electrolytic capacitor-containing products, and that effect, in part, gives rise to this charge.

3        17.    During the time period identified in paragraph 2, Company A, Company B,

4  Company C, NEC TOKIN, and their coconspirators sold and shipped substantial quantities of

5  electrolytic capacitors in a continuous and uninterrupted flow of interstate and U.S. import trade

6  or commerce from the United States and foreign countries to customers located in various states

7  in the United States, including states other than where the electrolytic capacitors were

8  manufactured.  In addition, substantial quantities of equipment and supplies necessary for the

9  manufacture, sale, and distribution of electrolytic capacitors, as well as substantial payments for

10  such electrolytic capacitors sold by Company A, Company B, Company C, NEC TOKIN, and

11  their coconspirators, traveled in interstate and U.S. import trade or commerce.  During the time

12  period identified in paragraph 2, the business activities of Company A, Company B, Company C,

13  NEC TOKIN, and their coconspirators that are the subject of this Indictment were within the

14  flow of, and substantially affected, interstate and U.S. import trade or commerce.  During the

15  time period identified in paragraph 2, the charged combination and conspiracy had a substantial

16  and intended effect in the United States, including on trade or commerce within the United States

17  and U.S. import trade or commerce in electrolytic capacitors and products containing electrolytic

18  capacitors.

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1  ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

2

3  Dated: _November 2_, 2016.          A TRUE BILL.

4

5                                       _Michael Albert_
                                        FOREPERSON

6

7                                       _E. K. Patchen_

8  Brent Snyder                         E. Kate Patchen
   Deputy Assistant Attorney General    Chief, San Francisco Office
9  United States Department of Justice  United States Department of Justice
   Antitrust Division                   Antitrust Division
10

11

12 _Marvin N. Price_                    _Jacklin Chou Lem_

13 Marvin N. Price                      Jacklin Chou Lem
   Director of Criminal Enforcement     Alexandra J. Shepard
14 United States Department of Justice  Howard J. Parker
   Antitrust Division                   Andrew J. Nicholson-Meade
15                                      Paradi Javandel
                                        Kelsey C. Linnett
16                                      Mikal J. Condon
                                        Trial Attorneys
17                                      United States Department of Justice
                                        Antitrust Division
18

19

20 Brian Stretch
   United States Attorney
21 Northern District of California

22

23

24

25

26

27

28

SUPERSEDING INDICTMENT                    8