AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

—— OFFENSE CHARGED ——

Count One: 15 U.S.C. §1 - Price Fixing (Count 1)

☐ Petty

☐ Minor

☐ Misde-meanor

☒ Felony

PENALTY:
See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION   FILED

—— DEFENDANT - U.S ——   DEC 1 4 2016

▶ Takuro Isawa

SUSAN Y. SOONG
K. U.S. DISTRICT CO. RT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

15-CR-0163-JD

—————————— DEFENDANT ——————————

IS **NOT** IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?   ☐ No   give date filed

DATE OF   Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

—— PROCEEDING ——

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.

☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   Jacklin Lem, DOJ-Antitrust

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Unknown   Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET

Individual:    **TAKURO ISAWA**

15 U.S.C. § 1 –  Price Fixing (Count 1)
Maximum Penalties:
1.    A term of imprisonment of 10 years
2.    A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.    A period of supervised release of not more than 3 years
4.    $100 special assessment per count ($100)
5.    Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

___ OFFENSE CHARGED ___

Count One: 15 U.S.C. §1 - Price Fixing (Count 1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

___ DEFENDANT - U.S ___

▶ Tomohide Date

DISTRICT COURT NUMBER
15-CR-0163-JD

**FILED**

DEC 1 4 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

___ DEFENDANT ___

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

_____

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction        } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

_____

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No      } give date
filed _____

DATE OF          Month/Day/Year
ARREST      ▶ _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED    ▶  Month/Day/Year
TO U.S. CUSTODY         _____

___ PROCEEDING ___

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
give name of court

_____

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40. Show District

_____

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:                              SHOW
☐ U.S. ATTORNEY  ☐ DEFENSE    DOCKET NO.  }

☐ this prosecution relates to a
pending case involving this same
defendant                          MAGISTRATE
                                   CASE NO.
☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under    }

Name and Office of Person
Furnishing Information on this form   Jacklin Lem, DOJ-Antitrust

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   _____

☐ This report amends AO 257 previously submitted

___ ADDITIONAL INFORMATION OR COMMENTS ___

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance          * Where defendant previously apprehended on complaint, no new summons or
                                              warrant needed, since Magistrate has scheduled arraignment
Defendant Address:

Unknown                                    Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET

Individual:     **TOMOHIDE DATE**

15 U.S.C. § 1 – Price Fixing (Count 1)
Maximum Penalties:
1.     A term of imprisonment of 10 years
2.     A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.     A period of supervised release of not more than 3 years
4.     $100 special assessment per count ($100)
5.     Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
                              ☒ SUPERSEDING

──── OFFENSE CHARGED ────

Count One: 15 U.S.C. §1 - Price Fixing (Count 1)

☐ Petty
☐ Minor
☐ Misde-
  meanor
☒ Felony

PENALTY:
    See attachment

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

▶ Satoru Miyashita

DISTRICT COURT NUMBER
15-CR-0163-JD

FILED

DEC 1 4 2016

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND)

─────── PROCEEDING ───────

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
   give name of court

☐ this person/proceeding is transferred from another district
   per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
   charges previously dismissed
   which were dismissed on motion
   of:
   ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
   pending case involving this same
   defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
   before U.S. Magistrate regarding this
   defendant were recorded under

Name and Office of Person
Furnishing Information on this form    Jacklin Lem, DOJ-Antitrust

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

─── DEFENDANT ───

IS *NOT* IN CUSTODY
    Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
      summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
      If answer to (6) is "Yes", show name of institution

☐ Federal   ☐ State

Has detainer ☐ Yes          If "Yes"
been filed?  ☐ No           give date
                            filed

DATE OF          Month/Day/Year
ARREST ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED     Month/Day/Year
TO U.S. CUSTODY  ▶

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Unknown

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

PENALTY SHEET

Individual:   **SATORU MIYASHITA**

15 U.S.C. § 1 –  Price Fixing (Count 1)
<u>Maximum Penalties</u>:
1.     A term of imprisonment of 10 years
2.     A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.     A period of supervised release of not more than 3 years
4.     $100 special assessment per count ($100)
5.     Restitution

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

─── OFFENSE CHARGED ───

Count One: 15 U.S.C. §1 - Price Fixing (Count 1)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
   See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

FILED

▶ Yasutoshi Ohno

DEC 1 4 2016

DISTRICT COURT NUMBER

15-CR-0163-JD

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
give name of court

☐ this person/proceeding is transferred from another district
per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on motion
of:
  ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s)
before U.S. Magistrate regarding this
defendant were recorded under

Name and Office of Person
Furnishing Information on this form    Jacklin Lem, DOJ-Antitrust

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

─── DEFENDANT ───

IS *NOT* IN CUSTODY
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
    summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
    If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes"
been filed?   ☐ No   give date filed

DATE OF
ARREST  ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶ Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

_Unknown_

Comments:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____    Before Judge: _____

PENALTY SHEET

Individual:   **YASUTOSHI OHNO**

15 U.S.C. § 1 – Price Fixing (Count 1)
Maximum Penalties:
1.   A term of imprisonment of 10 years
2.   A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.   A period of supervised release of not more than 3 years
4.   $100 special assessment per count ($100)
5.   Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☒ SUPERSEDING

─── OFFENSE CHARGED ───

Count One: 15 U.S.C. §1 - Price Fixing (Count 1)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
See attachment

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FILED

─── DEFENDANT - U.S ───

▶ Masanobu Shiozaki

DEC 1 4 2016

DISTRICT COURT NUMBER

15-CR-0163-JD

J. SOONG
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:     SHOW DOCKET NO.
☐ U.S. ATTORNEY  ☐ DEFENSE }

☐ this prosecution relates to a pending case involving this same defendant     MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form   Jacklin Lem, DOJ-Antitrust

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction }  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?  ☐ No      give date
                        filed

DATE OF    Month/Day/Year
ARREST  ▶

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED  ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Unknown

Comments:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

PENALTY SHEET

Individual:   **MASANOBU SHIOZAKI**

15 U.S.C. § 1 –  Price Fixing (Count 1)
<u>Maximum Penalties</u>:
1.     A term of imprisonment of 10 years
2.     A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.     A period of supervised release of not more than 3 years
4.     $100 special assessment per count ($100)
5.     Restitution

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☒ SUPERSEDING

─── OFFENSE CHARGED ───

Count One: 15 U.S.C. §1 - Price Fixing (Count 1)

☐ Petty
☐ Minor
☐ Misde-
     meanor
☒ Felony

PENALTY:
     See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─── DEFENDANT - U.S ───

FILED

▶ Kiyoaki Shirotori

DEC 1 4 2016

DISTRICT COURT NUMBER

15-CR-0163-JD

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

─── PROCEEDING ───

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court,
     give name of court

☐ this person/proceeding is transferred from another district
     per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of
     charges previously dismissed
     which were dismissed on motion
     of:
     ☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO. }

☐ this prosecution relates to a
     pending case involving this same
     defendant

☐ prior proceedings or appearance(s)
     before U.S. Magistrate regarding this
     defendant were recorded under

MAGISTRATE
CASE NO. }

Name and Office of Person
Furnishing Information on this form      Jacklin Lem, DOJ-Antitrust

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

─── DEFENDANT ───

IS *NOT* IN CUSTODY
     Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
          summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction                    ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges }
          If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes      If "Yes"
been filed?   ☐ No       give date
                                    filed

DATE OF        ▶        Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶      Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

Unknown

Comments:

* Where defendant previously apprehended on complaint, no new summons or
warrant needed, since Magistrate has scheduled arraignment

Date/Time:                        Before Judge:

PENALTY SHEET

Individual:    **KIYOAKI SHIROTORI**

15 U.S.C. § 1 – Price Fixing (Count 1)
<u>Maximum Penalties:</u>
1.    A term of imprisonment of 10 years
2.    A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.    A period of supervised release of not more than 3 years
4.    $100 special assessment per count ($100)
5.    Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
        ☒ SUPERSEDING

#### OFFENSE CHARGED

Count One: 15 U.S.C. §1 - Price Fixing (Count 1)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:
    See attachment

---

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Takeshi Matsuzaka

FILED

DISTRICT COURT NUMBER

15-CR-0163-JD

DEC 14 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

#### PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    Jacklin Lem, DOJ-Antitrust

☐ U.S. Attorney  ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

---

**DEFENDANT**

**IS NOT IN CUSTODY**
  Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other charges
    } ☐ Federal ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes    If "Yes"
been filed?    } give date
    ☐ No    filed

DATE OF ARREST ▶    Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

#### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Unknown

Date/Time:    Before Judge:

Comments:

PENALTY SHEET

Individual:     **Takeshi Matsuzaka**

15 U.S.C. § 1 – Price Fixing (Count 1)

<u>Maximum Penalties</u>:

1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

── OFFENSE CHARGED ──

Count One: 15 U.S.C. §1 - Price Fixing (Count 1)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   See attachment

── Name of District Court, and/or Judge/Magistrate Location ──

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

── DEFENDANT - U.S ──

▶ Kaname Takahashi

DISTRICT COURT NUMBER

15-CR-0163-JD

*FILED*
*DEC 14 2016*
*SUSAN Y. SOONG*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

── PROCEEDING ──

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:     SHOW DOCKET NO.
  ☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant     MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form   Jacklin Lem, DOJ-Antitrust

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

── DEFENDANT ──

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges     ☐ Federal   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   If "Yes" give date filed
been filed?   ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

── ADDITIONAL INFORMATION OR COMMENTS ──

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

*\* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Unknown

Date/Time: _____   Before Judge: _____

Comments:

PENALTY SHEET

Individual:   **Kaname Takahashi**

15 U.S.C. § 1 – Price Fixing (Count 1)
<u>Maximum Penalties</u>:
1.   A term of imprisonment of 10 years
2.   A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.   A period of supervised release of not more than 3 years
4.   $100 special assessment per count ($100)
5.   Restitution

AO 257 (Rev. 6/78)

---

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☒ SUPERSEDING

| | |
|---|---|
| **OFFENSE CHARGED** | Name of District Court, and/or Judge/Magistrate Location |

Count One: 15 U.S.C. §1 - Price Fixing (Count 1)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
See attachment

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

─ **DEFENDANT - U.S** ─

▶ Tokuo Tatai

DISTRICT COURT NUMBER

15-CR-0163-JD

*FILED*
DEC 14 2016
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─────────── **DEFENDANT** ───────────

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE
CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    Jacklin Lem, DOJ-Antitrust

☐ U.S. Attorney   ☒ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior
summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction        ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes     If "Yes"
been filed?             give date
☐ No                    filed

DATE OF
ARREST ▶                Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶      Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT     Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

Unknown

Comments:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:            Before Judge:

PENALTY SHEET

Individual:     **Tokuo Tatai**

15 U.S.C. § 1 – Price Fixing (Count 1)
Maximum Penalties:
1.      A term of imprisonment of 10 years
2.      A fine of $1 million, or two times the gross gain or loss, whichever is greater
3.      A period of supervised release of not more than 3 years
4.      $100 special assessment per count ($100)
5.      Restitution

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

TAKESHI MATSUZAKA, KANAME
TAKAHASHI, TOKUO TATAI,
TOMOHIDE DATE, SATORU
MIYASHITA, YASUTOSHI OHNO,
MASANOBU SHIOZAKI, KIYOAKI
SHIROTORI, TAKURO ISAWA

*CR15 - 163 JD*

DEFENDANT(S).

---

# SECOND SUPERSEDING INDICTMENT

VIOLATION: 15 U.S.C. § 1 – Price Fixing

---

A true bill.

_Michael Albert_
Foreman

Filed in open court this _14th_ day of

_December_.

_Ada Means_
Clerk

_Jacqueline Scott Corley_
United States Magistrate Judge

Bail, $ ___ NO BAIL WARRANT

_AS Matsuzaka, Takahashi, & Tatai_

1  JACKLIN CHOU LEM (CSBN 255293)
   ALEXANDRA J. SHEPARD (CSBN 205143)
2  HOWARD J. PARKER (WSBN 07233)
3  ANDREW J. NICHOLSON-MEADE (CSBN 284070)
   PARADI JAVANDEL (CSBN 295841)
4  KELSEY C. LINNETT (CSBN 274547)
   MIKAL J. CONDON (CSBN 229208)
5  U.S. Department of Justice
6  Antitrust Division
   450 Golden Gate Avenue
7  Box 36046, Room 10-0101
   San Francisco, CA 94102
8  Telephone: (415) 934-5300
9  jacklin.lem@usdoj.gov

10 Attorneys for the United States

11

12                    UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

14                     SAN FRANCISCO DIVISION

15 UNITED STATES OF AMERICA          )   No. 15-CR-0163-JD
                                     )
16            v.                     )
                                     )
17 TAKESHI MATSUZAKA,                )   VIOLATION: 15 U.S.C. § 1
   KANAME TAKAHASHI,                 )   Price Fixing
18 TOKUO TATAI,                      )
                                     )
19 TOMOHIDE DATE,                    )
   SATORU MIYASHITA,                 )
20 YASUTOSHI OHNO,                   )
   MASANOBU SHIOZAKI,                )
21 KIYOAKI SHIROTORI, and            )
22 TAKURO ISAWA,                     )
                                     )
23            Defendants.            )
   _____

24

25              SECOND SUPERSEDING INDICTMENT

26 The Grand Jury charges that:

27 //

28 //

SECOND SUPERSEDING INDICTMENT          1

I.    DESCRIPTION OF THE OFFENSE

1.    The following individuals are hereby indicted and made defendants on the charge contained in this Indictment:

      a)  TAKESHI MATSUZAKA;

      b)  KANAME TAKAHASHI;

      c)  TOKUO TATAI;

      d)  TOMOHIDE DATE;

      e)  SATORU MIYASHITA;

      f)  YASUTOSHI OHNO;

      g)  MASANOBU SHIOZAKI;

      h)  KIYOAKI SHIROTORI; and

      i)  TAKURO ISAWA.

2.    From at least as early as September 1997 and continuing until in or about January 2014, in the Northern District of California and elsewhere, coconspirators of the defendants knowingly entered into and engaged in a combination and conspiracy to suppress and eliminate competition by fixing prices and rigging bids for electrolytic capacitors in the United States and elsewhere.

3.    Each defendant knowingly joined and participated in the combination and conspiracy at various times:

      a)    Defendant TAKESHI MATSUZAKA knowingly joined and participated in the charged conspiracy from in or about January 2003 until in or about January 2014;

      b)    Defendant KANAME TAKAHASHI knowingly joined and participated in the charged conspiracy from in or about July 2003 until in or about April 2013;

      c)    Defendant TOKUO TATAI knowingly joined and participated in the charged conspiracy from in or about January 2009 until in or about January 2012;

      d)    Defendant TOMOHIDE DATE knowingly joined and participated in the charged conspiracy from in or about November 2001 until in or about December 2011;

//

e)      Defendant SATORU MIYASHITA knowingly joined and participated in the charged conspiracy from in or about January 2003 until in or about September 2012;

f)      Defendant YASUTOSHI OHNO knowingly joined and participated in the charged conspiracy from in or about April 2000 until in or about September 2012;

g)      Defendant MASANOBU SHIOZAKI knowingly joined and participated in the charged conspiracy from in or about November 2001 until in or about December 2011;

h)      Defendant KIYOAKI SHIROTORI knowingly joined and participated in the charged conspiracy from in or about April 2006 until in or about December 2011; and

i)      Defendant TAKURO ISAWA knowingly joined and participated in the charged conspiracy from in or about August 2002 until at least March 18, 2010.

4.      The charged combination and conspiracy consisted of a continuing agreement, understanding, and concert of action among the defendants and coconspirators, the substantial terms of which were to fix prices and rig bids for electrolytic capacitors. The combination and conspiracy engaged in by the defendants and coconspirators was in unreasonable restraint of interstate and foreign trade and commerce in violation of Section 1 of the Sherman Act (15 U.S.C. § 1).

## II.      BACKGROUND

5.      Capacitors, also known as condensers, are a fundamental component of electrical circuits and are used primarily to store and regulate electrical current. Electrolytic capacitors, including aluminum and tantalum types, are a major subcategory of capacitors. Electrolytic capacitors are ubiquitous and are found in many products that use electricity, run on a battery, or plug into a socket. Desktop and notebook computers, flat-screen televisions, DVD players, video and still digital cameras, gaming systems, car engine and airbag systems, home appliances, office equipment, and motherboards and other printed circuit boards are some of the products that contain electrolytic capacitors.

//

SECOND SUPERSEDING INDICTMENT          3

1        III.    DEFENDANTS AND COCONSPIRATORS

2        6.      During the time period identified in paragraph 3(a), defendant TAKESHI

3   MATSUZAKA was a resident and citizen of Japan and was employed by Company A as a

4   manager involved in the sale of electrolytic capacitors.  During the time period identified in

5   paragraph 2, Company A was a corporation organized and existing under the laws of Japan,

6   manufactured electrolytic capacitors sold in the United States and elsewhere, and participated in

7   the charged conspiracy.

8        7.      During the time period identified in paragraph 3(b), defendant KANAME

9   TAKAHASHI was a resident and citizen of Japan and was employed by Company A as a

10  manager involved in the sale of electrolytic capacitors.  During the time period identified in

11  paragraph 2, Company A was a corporation organized and existing under the laws of Japan,

12  manufactured electrolytic capacitors sold in the United States and elsewhere, and participated in

13  the charged conspiracy.

14       8.      During the time period identified in paragraph 3(c), defendant TOKUO TATAI

15  was a resident and citizen of Japan and was employed by Company D as a manager involved in

16  the sale of electrolytic capacitors.  During the time period identified in paragraph 2, Company D

17  was a corporation organized and existing under the laws of Japan, manufactured electrolytic

18  capacitors sold in the United States and elsewhere, and participated in the charged conspiracy.

19       9.      During the time period identified in paragraph 3(d), defendant TOMOHIDE

20  DATE was a resident and citizen of Japan and was employed by NEC TOKIN Corp. as a

21  manager involved in the sale of electrolytic capacitors.  During the time period identified in

22  paragraph 2, NEC TOKIN was a corporation organized and existing under the laws of Japan,

23  manufactured electrolytic capacitors sold in the United States and elsewhere, and participated in

24  the charged conspiracy.

25       10.     During the time period identified in paragraph 3(e), defendant SATORU

26  MIYASHITA was a resident and citizen of Japan and was employed by Company C as a

27  manager involved in the sale of electrolytic capacitors.  During the time period identified in

28  paragraph 2, Company C was a corporation organized and existing under the laws of Japan,

1    manufactured electrolytic capacitors sold in the United States and elsewhere, and participated in

2    the charged conspiracy.

3          11.     During the time period identified in paragraph 3(f), defendant YASUTOSHI

4    OHNO was a resident and citizen of Japan and was employed by Company A as a manager

5    involved in the sale of electrolytic capacitors.  During the time period identified in paragraph 2,

6    Company A was a corporation organized and existing under the laws of Japan, manufactured

7    electrolytic capacitors sold in the United States and elsewhere, and participated in the charged

8    conspiracy.

9          12.     During the time period identified in paragraph 3(g), defendant MASANOBU

10   SHIOZAKI was a resident and citizen of Japan and was employed by Company B as a manager

11   involved in the sale of electrolytic capacitors.  During the time period identified in paragraph 2,

12   Company B was a corporation organized and existing under the laws of Japan, manufactured

13   electrolytic capacitors sold in the United States and elsewhere, and participated in the charged

14   conspiracy.

15         13.     During the time period identified in paragraph 3(h), defendant KIYOAKI

16   SHIROTORI was a resident and citizen of Japan and was employed by Company C as a manager

17   involved in the sale of electrolytic capacitors.  During the time period identified in paragraph 2,

18   Company C was a corporation organized and existing under the laws of Japan, manufactured

19   electrolytic capacitors sold in the United States and elsewhere, and participated in the charged

20   conspiracy.

21         14.     During the time period identified in paragraph 3(i), defendant TAKURO ISAWA

22   was a resident and citizen of Japan and was employed by Company A.  While employed at

23   Company A, ISAWA was, at times, a manager involved in the sale of electrolytic capacitors and

24   held the title Global Sales General Manager.  During the time period identified in paragraph 2,

25   Company A was a corporation organized and existing under the laws of Japan, manufactured

26   electrolytic capacitors sold in the United States and elsewhere, and participated in the charged

27   conspiracy.

28   //

SECOND SUPERSEDING INDICTMENT          5

15.     Various business organizations and individuals, not made defendants in this Indictment, participated as coconspirators in the offense charged in this Indictment and performed acts and made statements in furtherance of it.  The defendants' coconspirators included business organizations other than Company A, Company B, Company C, Company D, and NEC TOKIN that manufactured electrolytic capacitors sold in the United States and elsewhere.

16.     Whenever in this Indictment reference is made to any act, deed, or transaction of any business organization, the allegation means that the business organization engaged in the act, deed, or transaction by or through its officers, directors, agents, employees, or other representatives, or by or through the officers, directors, agents, employees, or other representatives of its majority-owned and controlled subsidiaries, while they were actively engaged in the management, direction, control, or transaction of its business or affairs.

## IV.     MEANS AND METHODS OF THE CONSPIRACY

17.     For the purpose of forming and carrying out the charged combination and conspiracy, the defendants and coconspirators did those things that they combined and conspired to do, including, among other things:

   a)     participated in meetings, conversations, and communications with each other in various locations, including in the United States, to discuss prices and bids for electrolytic capacitors;

   b)     agreed during various meetings, conversations, and communications to fix, increase, maintain, and stabilize prices and rig bids of electrolytic capacitors;

   c)     negotiated prices, submitted bids, and issued price announcements for electrolytic capacitors in accordance with the agreements reached;

   d)     manufactured electrolytic capacitors in accordance with the agreements reached;

   e)     sold, distributed, and accepted payments for electrolytic capacitors at collusive, noncompetitive prices and bids in accordance with the agreements reached;

1         f)      collected, exchanged, monitored, and discussed information on prices,

2 bids, sales, supply, demand, shipping, and the production of electrolytic capacitors for the

3 purpose of reaching agreements on prices and bids and monitoring and enforcing

4 adherence to the agreements reached;

5         g)      authorized, ordered, and consented to the participation of subordinate

6 employees in the conspiracy; and

7         h)      took steps to conceal the conspiracy and conspiratorial meetings,

8 conversations, and communications through various means, such as using code names to

9 refer to coconspirators, limiting and discouraging retention and distribution of documents

10 reflecting conspiratorial contacts, and providing misleading justifications for prices and

11 bids provided to customers to cover up their collusive conduct.

12 These means and methods of the conspiracy all involved electrolytic capacitors sold to customers

13 located within the United States and elsewhere, including to customers that manufactured and/or

14 sold in the United States, under major United States and other brands, significant quantities of

15 electronic goods containing electrolytic capacitors, such as computers, televisions, and gaming

16 systems.

17

18                 V.    TRADE AND COMMERCE

19       18.    During the time period identified in paragraph 2, Company A, Company B,

20 Company C, Company D, NEC TOKIN, and their coconspirators manufactured electrolytic

21 capacitors in Japan, Thailand, China, the United States, and elsewhere and sold them in the

22 United States or for delivery to the United States.  The charged combination and conspiracy

23 involved trade or commerce within the United States and U.S. import trade or commerce in

24 electrolytic capacitors.

25       19.    During the time period identified in paragraph 2, Company A, Company B,

26 Company C, Company D, NEC TOKIN, and their coconspirators also sold foreign-manufactured

27 electrolytic capacitors outside the United States for incorporation into other products, including

28 computers, televisions, and gaming systems, that were sold in or for delivery to the United

SECOND SUPERSEDING INDICTMENT      7

1    States.  The charged combination and conspiracy had a direct, substantial, and reasonably

2    foreseeable effect on trade or commerce within the United States or U.S. import trade or

3    commerce in these electrolytic capacitor-containing products, and that effect, in part, gives rise

4    to this charge.

5          20.     During the time period identified in paragraph 2, Company A, Company B,

6    Company C, Company D, NEC TOKIN, and their coconspirators sold and shipped substantial

7    quantities of electrolytic capacitors in a continuous and uninterrupted flow of interstate and U.S.

8    import trade or commerce from the United States and foreign countries to customers located in

9    various states in the United States, including states other than where the electrolytic capacitors

10   were manufactured.  In addition, substantial quantities of equipment and supplies necessary for

11   the manufacture, sale, and distribution of electrolytic capacitors, as well as substantial payments

12   for such electrolytic capacitors sold by Company A, Company B, Company C, Company D,

13   NEC TOKIN, and their coconspirators, traveled in interstate and U.S. import trade or commerce.

14   During the time period identified in paragraph 2, the business activities of Company A,

15   Company B, Company C, Company D, NEC TOKIN, and their coconspirators that are the

16   subject of this Indictment were within the flow of, and substantially affected, interstate and U.S.

17   import trade or commerce.  During the time period identified in paragraph 2, the charged

18   combination and conspiracy had a substantial and intended effect in the United States, including

19   on trade or commerce within the United States and U.S. import trade or commerce in electrolytic

20   capacitors and products containing electrolytic capacitors.

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

ALL IN VIOLATION OF TITLE 15, UNITED STATES CODE, SECTION 1.

Dated: _____12/14/2016_____, 2016.        A TRUE BILL.

FOREPERSON

Brent Snyder
Deputy Assistant Attorney General
United States Department of Justice
Antitrust Division

E. Kate Patchen
Chief, San Francisco Office
United States Department of Justice
Antitrust Division

Marvin N. Price
Director of Criminal Enforcement
United States Department of Justice
Antitrust Division

Jacklin Chou Lem
Alexandra J. Shepard
Howard J. Parker
Andrew J. Nicholson-Meade
Paradi Javandel
Kelsey C. Linnett
Mikal J. Condon
Trial Attorneys
United States Department of Justice
Antitrust Division

Brian Stretch
United States Attorney
Northern District of California

SECOND SUPERSEDING INDICTMENT          9